# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1463

_____

Sherman Raines,                                    *
                                                   *
                    Appellant,                     *
                                                   *    Appeal from the United States
        v.                                         *    District Court for the
                                                   *    Eastern District of Missouri.
John E. Potter, Postmaster General,                *
United States Postal Service,                      *    [UNPUBLISHED]
                                                   *
                    Appellee.                      *

_____

Submitted: January 31, 2007
Filed:  February 7, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Sherman Raines appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action and moves to consolidate the appeal with Appeal No. 06-1919. Because Raines's pro se appellate brief contains no relevant argument and makes no reference to the summary judgment ruling, we grant appellee's motion to dismiss the appeal for failure to comply with federal rules of appellate procedure. See Fed. R. App. P. 28(a) (what appellant's brief must contain);

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

Carter v. Lutheran Med. Ctr., 87 F.3d 1025, 1026 (8th Cir. 1996) (per curiam) (dismissing pro se appeal where appellant's brief presented no question for appeals court to decide; brief specifically provided no issues statement and did not identify any basis of alleged error by district court); Slack v. St. Louis County Gov't, 919 F.2d 98, 99-100 (8th Cir. 1990) (per curiam) (summarily dismissing appeal where appellant's brief contained no recitation of facts, did not point out basis of alleged district court error, and did not challenge district court's reasoning); Brown v. Frey, 806 F.2d 801, 804 (8th Cir. 1986) (pro se litigants are not excused from compliance with procedural law).

Accordingly, we dismiss the appeal, and we deny Raines's motion to consolidate.

_____